[No. 11204. Department Two. May 21, 1913.]

*In the Matter of the Application of* HENRY ORLOFSKY *for a Writ of Habeas Corpus.*[1]

APPEAL—BRIEFS—ASSIGNMENT OF ERRORS. Where an appeal has been regularly placed on the docket and called for hearing, and appellant has filed no brief, assigned no errors, and presented no oral argument, the appeal will be dismissed.

Appeal from a judgment of the superior court for King county, Gilliam, J., entered April 10, 1913. Dismissed.

*Gill, Hoyt & Frye,* for appellant.
*John F. Murphy* and *S. H. Steele,* for respondent.

PER CURIAM.—This is an appeal from an order denying a writ of habeas corpus and remanding the appellant to the custody of the sheriff of King county pending the appeal. The cause was regularly placed upon the docket of this court and called for hearing. The appellant has filed no brief, assigned no errors, presented no oral argument nor in any manner advised us of the grounds of his appeal.

The appeal is dismissed.

[1]Reported in 132 Pac. 219.